# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159963

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

KEVIN THOMAS McCOLLUM,
    Defendant-Appellant.

SC: 159963
COA: 337735
Oakland CC: 2016-259142-FC

_____/

On order of the Court, the application for leave to appeal the May 23, 2019 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE Parts II, III, and V of the Court of Appeals judgment, and REMAND this case to the Oakland Circuit Court, which shall hold an evidentiary hearing pursuant to *People v Ginther*, 390 Mich 436 (1973). If the trial court rules that the defendant was not denied his right to the effective assistance of counsel, the trial court shall resentence defendant in accordance with Part IV of the Court of Appeals judgment.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2020



Clerk

s0128